IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY DEAN CLAY,

        Plaintiff,        No. 2:11-cv-1269 MCE KJN P

   vs.

JOHN N. DIANA, et al.,

        Defendants.      <u>ORDER</u>

_____/

       Plaintiff, a state prisoner, is proceeding without counsel and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

       By order filed August 29, 2011, this court directed plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his amended complaint which are required to effect service of process on defendants Diana and Lydon.  On September 7, 2011, plaintiff submitted the USM-285 form for defendant Diana, but failed to submit the USM-285 form for defendant Lydon.

       Accordingly, IT IS HEREBY ORDERED that within thirty days from the filing date of this order, plaintiff shall complete and submit to the court the attached Notice of Submission of Documents, and the USM-285 form required to effect service of process on defendant Lydon.  Plaintiff need not submit an additional copy of his amended complaint.

1

1 | Failure to timely submit these matters will result in a recommendation that defendant Lydon be
2 | dismissed from this action.
3 | DATED: September 16, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

clay1269.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY DEAN CLAY,

    Plaintiff,                           No. 2:11-cv-01269 MCE KJN P

    vs.

JOHN N. DIANA, et al.,              <u>NOTICE OF SUBMISSION</u>

    Defendants.                <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    <u> 1 </u>    completed USM-285 form for defendant Lydon

_____    _____
Date                                                 Plaintiff