1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY DEAN CLAY,

11              Plaintiff,              No. 2:11-cv-01269 MCE KJN P

12        vs.

13   JOHN N. DIANNA,

14              Defendant.              FINDINGS AND RECOMMENDATIONS

15   _____/

16              Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in

17   this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 29, 2011, this court found

18   that plaintiff's First Amended Complaint (Dkt. No. 11) states potentially cognizable claims

19   against defendants Dianna and Lydon.  The court directed plaintiff to submit the necessary

20   documentation to serve process on these defendants.  (Dkt. No. 12.)  Plaintiff submitted the

21   necessary documentation to serve process on defendant Dianna, but not on defendant Lydon.  By

22   order filed September 19, 2011, the court accorded plaintiff an additional thirty days to submit

23   the necessary information to serve defendant Lydon.  (Dkt. No. 14.)  The court informed plaintiff

24   that "[f]ailure to timely submit these matters will result in a recommendation that defendant

25   Lydon be dismissed from this action."  (Id. at 2.)

26   ////

1

1    Plaintiff did not submit service documents for defendant Lydon and has not

2  further communicated with the court.  Therefore, by this order, the court recommends dismissal

3  of defendant Lydon.  By separate order filed contemporaneously herewith, the court directs the

4  U.S. Marshal to serve process on defendant Dianna.

5    Accordingly, IT IS HEREBY RECOMMENDED that defendant Lydon be

6  dismissed from this action.

7    These findings and recommendations are submitted to the United States District

8  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 21 days

9  after being served with these findings and recommendations, plaintiff may file written objections

10  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

11  and Recommendations."  Plaintiff is advised that failure to file objections within the specified

12  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

13  (9th Cir. 1991).

14   DATE:  March 28, 2012

15

16                                          _____

17                                          KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

18  clay1269.f&r.def

19

20

21

22

23

24

25

26