IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY DEAN CLAY,

    Plaintiff,                    No. 2:11-cv-01269 MCE KJN P

    vs.

JOHN N. DIANNA,

    Defendant.                FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 29, 2011, this court found that plaintiff's First Amended Complaint (Dkt. No. 11) states potentially cognizable claims against defendants Dianna and Lydon.  The court directed plaintiff to submit the necessary documentation to serve process on these defendants. (Dkt. No. 12.)  Plaintiff submitted the necessary documentation to serve process on defendant Dianna, but not on defendant Lydon.  By order filed September 19, 2011, the court accorded plaintiff an additional thirty days to submit the necessary information to serve defendant Lydon. (Dkt. No. 14.)  The court informed plaintiff that "[f]ailure to timely submit these matters will result in a recommendation that defendant Lydon be dismissed from this action." (Id. at 2.)

////

Plaintiff did not submit service documents for defendant Lydon and has not further communicated with the court. Therefore, by this order, the court recommends dismissal of defendant Lydon. By separate order filed contemporaneously herewith, the court directs the U.S. Marshal to serve process on defendant Dianna.

Accordingly, IT IS HEREBY RECOMMENDED that defendant Lydon be dismissed from this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 21 days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATE: March 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

clay1269.f&r.def